UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TYRA HALFORD,

        Plaintiff,

v.                                  Case No. 16-4193-DDC

MENARD, INC.,
d/b/a Menards,

        Defendant.

### SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 50) to amend the scheduling order (ECF Nos. 12, 46). The court finds good cause to extend deadlines, and the scheduling order is amended as follows:

    a.    The final pretrial conference is rescheduled from May 7, 2018, to **July 10, 2018, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **May 8, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to ksd_ohara_chambers@ksd.uscourts.gov. It shall be in the form available on the court's website (www.ksd.uscourts.gov), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases.

    b.    The dispositive motion deadline is moved to **July 31, 2018**.

1

All other provisions of the original and amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 29, 2018, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
